# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                    **September Term, 2024**

1:25-cv-00766-JEB

**Filed On: April 18, 2025**

J.G.G., et al.,

       Appellees

     v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

     **BEFORE:**    Pillard*, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal or, in the alternative, a writ of mandamus, it is

**ORDERED**, on the court's own motion, that the district court's contempt-related order entered on April 16, 2025, be administratively stayed pending further order of the court.  The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for a stay pending appeal or a writ of mandamus and should not be construed in any way as a ruling on the merits of that motion.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024).  It is

**FURTHER ORDERED** that appellees file a response to the emergency motion by 5:00 p.m. on Wednesday, April 23, 2025.  Any reply is due by noon on Friday, April 25, 2025.

### Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

            BY:    /s/
                    Scott H. Atchue
                    Deputy Clerk

* Judge Pillard would not administratively stay the challenged order.  In the absence of an appealable order or any clear and indisputable right to relief that would support mandamus, there is no ground for an administrative stay.